UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BENJAMIN F. WRIGHT                CIVIL ACTION NO. 12-2813

VERSUS                            JUDGE S. MAURICE HICKS, JR.

NATHAN CAIN                       MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is Petitioner Benjamin F. Wright's ("Wright") Motion for Relief from Judgment or Order. See Record Document 28. Wright filed his motion pursuant to Federal Rule of Civil Procedure 60(b) and asks the Court to void the stay order entered on March 9, 2016. See Record Document 27. The State of Louisiana has opposed the motion. See Record Document 30.

Rule 60 (b) provides:

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1)   mistake, inadvertence, surprise, or excusable neglect;

(2)   newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3)   fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4)   the judgment is void;

(5)   the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6)   any other reason that justifies relief.

F.R.C.P. 60(b). Wright specifically references Rule 60(b)(1), (3), and (4) as the grounds for his motion. The scope of review under Rule 60(b) is narrower than on a direct appeal. See <u>Aucoin v. K-Mart Apparel Fashion Corp.</u>, 943 F.2d 6, 8 (5th Cir.1991). Rule 60(b) allows the district court to "correct obvious errors or injustices." <u>Fackelman v. Bell</u>, 564 F.2d 734, 736 (5th Cir.1977). The movant on a Rule 60(b) motion must show "unusual or unique circumstances." <u>Pryor v. U.S. Postal Serv.</u>, 769 F.2d 281, 286 (5th Cir.1985). Relief under Rule 60(b) is an extraordinary remedy, as "the desire for a judicial process that is predictable mandates caution in reopening judgments." <u>In re Pettle</u>, 410 F.3d 189, 191 (5th Cir.2005), quoting <u>Carter v. Fenner</u>, 136 F.3d 1000, 1007 (5th Cir.1998).

Here, the Court finds that Wright has not shown mistake, fraud, or any other basis for the stay order to be void. He simply has not demonstrated unusual or unique circumstances warranting Rule 60(b) relief. Accordingly,

**IT IS ORDERED** that Wright's Motion for Relief from Judgment or Order (Record Document 28) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 14th day of April, 2016.

*[signature]*
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE